**LAW OFFICES OF**
# DONATO D RAMOS, PLLC

Texas Community Bank Building
6721 McPherson, Suite 350
Laredo, Texas 78041
P: (956) 722-9909
F: (956) 727-5884

DONATO D. RAMOS
DONATO D. RAMOS, JR.

JAMES BRANDON HUGHES
DANIEL L. WALTER

January 10, 2018

Via Electronic Filing
Honorable Guillermo R. Garcia
United States District Court
1300 Victoria, Suite 3146
Laredo, Texas 78041

Re:   Case No. 5:15-cv-00173; Mary Helen Cantu v. Affinion Benefits Group, et al., in the United States District Court, Southern District of Texas, Laredo Division.

Dear Honorable Judge Garcia:

My law firm represents the Plaintiff in this lawsuit and I wanted to advise you that we have reached a settlement of this case and expect to present to you a Motion and proposed Order of Dismissal with Prejudice by Friday, January 26, 2018. We expect to have the final settlement documents and funding done by said date.

I have asked opposing counsel to sign this letter to confirm that we have settled the case. As such, we have assumed that there will be no need to have the Initial Pretrial and Scheduling Conference nor have to submit the Joint Report and Discovery Plan.

Thank you for your cooperation in this matter.

Very truly yours,

Donato D. Ramos

AGREED TO BY:

Jodi W. Dishman, Attorney for Defendant Hartford Life and Accidental Insurance Co.

Jason R. Bernhardt, Attorney for Defendants Affinion Benefits Group, Transamerica Premier Life Insurance Co., and Monumental Life Insurance Company