**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARY HELEN CANTU** | § | |
| *Plaintiff*, | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **AFFINION BENEFITS GROUP,** | § | **CIVIL ACTION NO.** |
| **TRANSAMERICA PREMIER LIFE** | § | **5:17-CV-00173** |
| **INSURANCE COMPANY, MONUMENTAL** | § | **(JURY REQUESTED)** |
| **LIFE INSURANCE COMPANY, AND** | § | |
| **HARTFORD LIFE AND ACCIDENT** | § | |
| **INSURANCE COMPANY** | § | |
| *Defendants.* | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Mary Helen Cantu ("Plaintiff") and Defendants Affinion Benefits Group, Transamerica Premier Life Insurance Company, Monumental Life Insurance Company, and Hartford Life and Accident Insurance Company (collectively "Defendants"), by their respective counsel, hereby stipulate and agree that all claims, counterclaims, if any, and actions under the laws of the United States or any state thereof, which have been, are now, or could be asserted against each other and which relate to or arise out of any of the matters alleged in Plaintiff's Original Petition, Answers thereto, or prior complaints, answers or pleadings of Plaintiffs and Defendants shall be DISMISSED WITH PREJUDICE and without costs against either party. Plaintiff and Defendants shall bear their own costs, expenses and legal fees. An Agreed Order of Dismissal with Prejudice is attached hereto.

STIPULATED AND AGREED TO ON: January 31, 2018

1

        LAW OFFICES OF DONATO D. RAMOS, P.L.L.C.
Texas Community Bank Bldg., Suite 350
6721 McPherson (78041)
P.O. Box 452009
Laredo, Texas 78045
Telephone: 956-722-9909
Facsimile: 956-727-5884

BY: */s/ Donato D. Ramos*
    DONATO D. RAMOS
    Federal I.D. 5625
    mrodriguez@ddrlex.com
    DONATO D. RAMOS, JR.
    Federal I.D. 559771
    donatoramosjr@ddrlex.com
    DANIEL L. WALTER
    State Bar No. 24059255
    dwalter@ddrlex.com
    ATTORNEYS FOR PLAINTIFF


MCAFEE & TAFT, A PROFESSIONAL CORPORATION
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone: 405-235-9621
Telecopier: 405-235-0439


BY:   */s/ Jodi W. Dishman*
    Jodi W. Dishman
    S.D. Texas Bar No. 3096765
    Email: Jodi.dishman@mcafeetaft.com
    ATTORNEYS FOR DEFENDANT
    HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY

>WINSTEAD PC
>JPMorgan Chase Tower, Suite 1100
>Houston, Texas 77002
>Telephone: 713-650-8400
>Telecopier: 713-650-2400

BY: */s/ Jason R. Bernhardt*
   Jason R. Bernhardt
   S.D. Tex. Bar No. 566787
   Email: jbernhardt@winstead.com
   ATTORNEYS FOR DEFENDANTS AFFINION
   BENEFITS GROUP, LLC, TRANSAMERICA
   PREMIER LIFE INSURANCE COMPANY, AND
   MONUMENTAL LIFE INSURANCE COMPANY

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on this the 31st day of January, 2018.

*/s/ Donato D. Ramos*
Donato D. Ramos